IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

M. DEAN REED PRODUCTION CORP. (THE ALE FACTORY); MARY DEAN REED,

    Plaintiff,

v.

LOS ANGELES COUNTY DEPT. OF CHILDREN AND FAMILY SERVICES, et al.,

    Defendants.

_____/

No. 2:06-cv-2386-MCE-GGH-PS

ORDER

    On December 18, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed a letter on December 28, 2006, which is construed as objections, and it was considered by the district judge.

    This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

///

1  As to any portion of the proposed findings of fact to which no objection has been made, the court
2  assumes its correctness and decides the motions on the applicable law.  See <u>Orand v. United
3  States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
4  reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.
5  1983).

6       The court has reviewed the applicable legal standards and, good cause appearing,
7  concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.
8  Accordingly, IT IS ORDERED that:

9       1. The Proposed Findings and Recommendations filed December 18, 2006, are
10  ADOPTED;

11       2. The complaint filed October 30, 2006, is dismissed with prejudice;

12       3. Plaintiff's request filed November 9, 2006, to relate this case to others that may be
13  pending in Los Angeles and Kern Counties is denied; and

14       4. Plaintiff's statement concerning fees filed November 30, 2006, designated a "request"
15  by the Clerk of Court, is denied.

16  Dated: February 21, 2007

17
18                                      MORRISON C. ENGLAND, JR.
19                                      UNITED STATES DISTRICT JUDGE